## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR348** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **LUIS F. MARTINEZ-CORTES,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion in limine (Filing No. 19).

IT IS ORDERED that the Defendant's motion in limine (Filing No. 19) is held in abeyance until the conference to be held the morning of the first day of trial.

DATED this 11th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge