## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:06CR348** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **LUIS F. MARTINEZ-CORTEZ,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of Matthew T. Knoblauch, to withdraw as counsel for the defendant, Luis F. Martinez-Cortez [32]. Since retained counsel, Jeff T. Courtney has entered an appearance for the defendant [31], the motion to withdraw [32] is granted. Matthew T. Knoblauch shall be deemed withdrawn as attorney of record and shall forthwith provide Jeff T. Courtney with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Knoblauch which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 16th day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge