# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR348 |
| LUIS F. MARTINEZ-CORTES, | ) ) | **ORDER** |
| Defendant. | ) ) | |

UPON THE ORAL MOTION OF THE DEFENDANT,

IT IS ORDERED that the following are rescheduled for hearing on **February 2, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress [16]
- Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment [21]
- Motion for Production of Names and Locations of Confidential Informants [23]
- Motion for Production and Disclosure of Statement of Co-Defendant [25]
- Motion for Disclosure of Impeaching Information [27]

Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

DATED this 18th day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge