IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR348 |
| LUIS F. MARTINEZ-CORTES, | ) ) | **ORDER** |
| Defendant. | ) | |

Before the court is the government's Motion to Continue Suppression Hearing [38]. Good cause being shown, the motion will be granted and the previously scheduled evidentiary hearing will be continued.

IT IS ORDERED:

1. That the government's Motion to Continue Suppression Hearing [38] is granted; and

2. That the following motions are rescheduled for hearing on **February 23, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, NE:

    - Motion to Suppress [16]
    - Motion to Compel Disclosure of Existence and Substance of Promises of Immunity, Leniency or Preferential Treatment [21]
    - Motion for Production of Names and Locations of Confidential Informants [23]
    - Motion for Production and Disclosure of Statement of Co-Defendant [25]
    - Motion for Disclosure of Impeaching Information [27]

Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

DATED this 7th day of February, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge