## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:06CR348 |
| vs. | ) | |
| | ) | ORDER |
| **LUIS F. MARTINEZ-CORTES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon the representation that the defendant does not object,

**IT IS ORDERED:**

    1.    The government's CONSENT MOTION TO EXTEND BRIEF DEADLINE [45] is granted. The United States is given until and including **March 30, 2007** to file a brief regarding the pending MOTION TO SUPPRESS [16].

    2.    Defendant is given until and including **April 9, 2007** to respond to the government's brief.

    3.    The MOTION TO SUPPRESS [16] will be deemed submitted on April 10, 2007.

**DATED March 28, 2007.**

                                      BY THE COURT:

                                      s/ F.A. Gossett
                                      **United States Magistrate Judge**