IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>                  Plaintiff,        )<br>                                                     )<br>         vs.                               )<br>                                                     )<br>LUIS F. MARTINEZ-CORTES, )<br>                                                     )<br>                  Defendant.   ) | 8:06CR348<br><br>ORDER |

This matter is before the court on defendant's Consent Motion to Extend Brief Date [48]. Upon the representation that opposing counsel has no objection, the court finds that an extension to April 20, 2007 should be granted.

**IT IS ORDERED** that the Consent Motion to Extend Brief Date [48] is granted. The defendant's response brief is due on or before April 20, 2007.

The Motion to Suppress [16] will be deemed submitted on April 20, 2007.

**DATED April 10, 2007.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**