# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR348** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **LUIS F. MARTINEZ-CORTES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's Motion to Extend Brief Date [53]. The court shall grant an extension to April 23, 2007.  The court will grant no further extensions in this matter.

**IT IS ORDERED** that the Motion to Extend Brief Date [53] is granted.    The defendant's response brief is due no later than April 23, 2007.

The Motion to Suppress [16] will be deemed submitted on April 23, 2007.

**DATED April 23, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**