IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR348** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LUIS F. MARTINEZ-CORTES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 63) to reconsider the Court's previous order adopting the Report and Recommendation issued by Magistrate Judge F.A. Gossett recommending denial of the motion to suppress filed by the Defendant, Luis F. Martinez-Cortes.

In the Court's order (Filing No. 60), it was noted that Martinez-Cortes attempted to file a supporting brief. However, the document reflected in the docket report as a brief is a second copy of Martinez-Cortes's objections. (Filing No. 59.) In his motion to reconsider, defense counsel states that he has filed the brief. However, two attempts to file the supporting brief (Filing Nos. 64, 65) resulted in a strike order issued by the Deputy Clerk of the Court because both documents represented as briefs consist only of the first line of the case caption. The motion to reconsider is denied.

IT IS ORDERED that the Defendant's motion for reconsideration (Filing No. 63) is denied.

DATED this 2nd day of July, 2007.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge