### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO. 8:06CR348 |
| ) | |
| Plaintiff,    ) | |
| ) | ORDER |
| vs.    ) | |
| ) | |
| LUIS F. MARTINEZ-CORTES,    ) | |
| ) | |
| Defendant.    ) | |

This matter is before the Court on the Defendant's Motion in Limine (Filing No. 19). A brief was submitted in support of the motion. (Filing No. 36.)

There is a scheduled change-of-plea hearing. The motion is denied without prejudice.

IT IS ORDERED that the Defendant's Motion in Limine (Filing No. 19) is denied without prejudice to reassertion.

DATED this 4th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge