IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR348** |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **LUIS F. MARTINEZ-CORTES,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis (Filing No. 111).

The motion is captioned for the Eighth Circuit Court of Appeals yet filed in this Court. This Court no longer has jurisdiction over this case, as it has been sent to the Eighth Circuit. (Filing No. 108.)

IT IS ORDERED:

1. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 111) is denied for lack of jurisdiction; and

2. The Clerk shall forward the motion and attachment (Filing No. 111) to the Eighth Circuit.

DATED this 9th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge