IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:06CR348 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LUIS F. MARTINEZ-CORTES, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon remand by the Eighth Circuit Court of Appeals for a second ruling on the Defendant's motion for leave to proceed in forma pauperis (Filing No. 111). The motion is supported by a financial affidavit.

Previously, this Court denied the motion because this Court lacked jurisdiction as the case had already been sent to the Eighth Circuit. The Eighth Circuit remanded the case for the limited purpose of a second ruling on the motion.

IT IS ORDERED:

1. The Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 111) is granted; and

2. Pursuant to the Eighth Circuit's order, the Clerk of the district court is directed to mail a certified copy of this order to the Clerk of the Eighth Circuit Court of Appeals.

DATED this 9th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge